994 A.2d 1080

Micha EL–Q: Freeman–Bey Sui Juris, Petitioner

v.

Judge: John J. POSERINA et al., Judge: Glenn Robinson et al., Warden: Clyde Gainey, et al., Officer: O.Donneil [Sic] BG# 6990, Officer: Witterby BG# 738, Respondents.

No. 4 EM 2010.

Supreme Court of Pennsylvania.

May 17, 2010.

## ORDER

PER CURIAM.

AND NOW, this 17th day of May, 2010, the Application for Leave to File Original Process is **GRANTED**, and the "Peti-

tion for Writ of Habeas Corpus" is **DENIED.**  The Prothonotary is directed to strike the jurists' names from the caption.